# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# CIVIL CASE NO. 2:12-cv-00077-MR-DLH

| | |
|---|---|
| RICK L. HODGES and CORNERSTONE HOMES OF HIGHLANDS, LLC, </br></br>    Plaintiffs, </br></br> vs. </br></br> LEO A. McKEOUGH COMPANY, LLC, d/b/a LEO McKEOUGH & CO., and LEO McKEOUGH JR., </br></br>    Defendants. | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Notice of Settlement [Doc. 17].

The parties have jointly filed a Notice of Settlement in this case to advise the Court of their settlement. [Doc. 17]. The Court will allow the parties thirty (30) days to file a stipulation of dismissal. In light of the settlement of this case, the Court will not require the parties to conduct an Initial Attorneys' Conference.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS FURTHER ORDERED** that the Court will not require the parties to conduct an Initial Attorneys' Conference.

**IT IS SO ORDERED.** Signed: September 3, 2013

Martin Reidinger
United States District Judge